RECEIVED
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
DATE 6/1/06
BY OM

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF LOUISIANA
## SHREVEPORT DIVISION

| | |
|---|---|
| **EDDIE JOE BAILEY** | **CIVIL ACTION NO. 04-2122-P** |
| **VERSUS** | **JUDGE WALTER** |
| **WARDEN TIMOTHY WILKINSON** | **MAGISTRATE HORNSBY** |

## J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, including written objections filed by Petitioner, and determining that the findings are correct under the applicable law;

**IT IS ORDERED** that Petitioner's application for writ of habeas corpus be **DENIED AND DISMISSED WITH PREJUDICE**, sua sponte, because it is time-barred by the one-year limitation period imposed by the AEDPA.

THUS DONE AND SIGNED, in chambers, in Shreveport, Louisiana, on this 1 day of June 2006.

**DONALD E. WALTER**
**UNITED STATES DISTRICT JUDGE**